In the Matter of NICOLE G. CARL G., Appellant; LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [619 NYS2d 977] —Motion for leave to appeal as poor person and for assignment of counsel denied. Memorandum: The order sought to be appealed was made after the order determining that petitioner had not met its burden of proof in this neglect case. Thus, it is neither an intermediate nor a final order and is not appealable except by permission of the Court *(see,* Family Ct Act § 1112 [a]). Such permission has not been sought. Present—Pine, J. P., Balio, Lawton, Doerr and Davis, JJ.